GEORGE P. EBBE, Plaintiff-Respondent, *v.* HARRY M. STEVENS, INC., Defendant-Respondent and NEW YORK YANKEES, INC., et al., Defendants-Appellants, and ALLIED MAINTENANCE CORP., Defendant-Respondent.

Submitted January 9, 1956; decided January 12, 1956.

*Irving Payson Zinbarg* and *Alan J. Berlan* for motion.
*William F. McNulty* opposed.

Motion denied, with $10 costs of motion. (*Nieman-Irving & Co.* v. *Lazenby,* 262 N. Y. 519; *Dittman* v. *Davis,* 298 N. Y. 790, 791.)